690          OCTOBER TERM, 1915.

Cases Disposed of Without Consideration by the Court.   241 U. S.

No. 609. AMERICAN SURETY COMPANY OF NEW YORK, PLAINTIFF IN ERROR, *v.* THE STATE OF IDAHO, TO AND FOR THE USE AND BENEFIT OF CLARA MILLS ET AL. In error to the Supreme Court of the State of Idaho. April 17, 1916. Dismissed, each party paying its own costs, per stipulation of counsel. *Mr. James H. Richards* and *Mr. Oliver O. Haga* for the plaintiff in error. *Mr. Joseph H. Peterson* for the defendants in error.

———

No. 718. S. S. WHITE DENTAL MANUFACTURING COMPANY, PETITIONER, *v.* OSCAR H. PIEPER ET AL., ETC. On writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit. April 17, 1916. Dismissed with costs, on motion of counsel for the petitioner. *Mr. Henry N. Paul, Jr., Mr. Joseph C. Fraley* and *Mr. Edward Rector* for the petitioner. *Mr. Charles A. Brown* for the respondent.

———

No. 461. GEORGE W. CALDWELL ET AL., ETC., PLAINTIFFS IN ERROR, *v.* GEORGE W. DONAGHEY ET AL. In error to the Supreme Court of the State of Arkansas. April 24, 1916. Dismissed with costs, on motion of counsel for the plaintiffs in error. *Mr. J. W. Blackwood* for the plaintiffs in error. *Mr. W. E. Hemingway, Mr. G. B. Rose* and *Mr. J. F. Loughborough* for the defendants in error.

———

No. 789. SWIFT & COMPANY, PLAINTIFF IN ERROR, *v.* AGNES CATANI. In error to the Supreme Court of the State of Pennsylvania. April 24, 1916. Dismissed per stipulation. *Mr. Charles B. Lenahan* for the plaintiff in error. *Mr. Rush Trescott* for the defendant in error.